IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No: 19-cv-1871-PAB-MEH  Date: December 12, 2019
Courtroom Deputy: Christopher Thompson  FTR: Courtroom A501

| *Parties:* | *Counsel:* |
|---|---|
| MARTA SANCHEZ, | David Lang by phone |
| THE ESTATE OF STEPHANIE LOPEZ, and | James Gende by phone |
| DOMINIC MARTINEZ, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| CITY OF LITTLETON, | Eric Ziporin |
| DOUG STEPHENS, | Josh Marks |
| ANTHONY GUZMAN, | |
| LUKE MCGRATH, | |
| JOSEPH CARNS, | |
| CITY OF ENGLEWOOD, | |
| JOHN COLLINS, and | |
| BRIAN MARTINEZ, | |
| | |
| Defendants. | |

**COURTROOM MINUTES**
**STATUS CONFERENCE**

**Court in session:**  **11:45 a.m.**

Court calls case.  Appearances of counsel.  The parties discuss the current status of the case.

**ORDERED:** Defendants shall file their answer to the complaint or otherwise a responsive pleading by **January 10, 2020**.

Plaintiffs shall file medical documentation pertaining to Marta Sanchez's ability to travel to the District of Colorado, in relation to her health, on or before **January 10, 2020**.

A Scheduling Conference is set for **January 23, 2020 at 11:00 am** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. The

parties shall submit a Joint Proposed Scheduling Order by **January 17, 2020.**

The Court asks the parties to confer between now and mid-January and work on dates for depositions which could occur after the Scheduling Conference. Responses due to the discovery and deposition requests, as discussed on the record, are due **30 days from January 9, 2020**. The disclosure deadline is set for **January 21, 2020**.

**Court in recess:**     **12:04 p.m.**
Total in-court time:   00:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.