IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01871-MEH

MARTA SANCHEZ; THE ESTATE OF STEPHANIE LOPEZ; and DOMINIC MARTINEZ;

    Plaintiff(s),

v.

CITY OF LITTLETON, and
DOUG STEPHENS, POLICE CHIEF OF LITTLETON, IN HIS OFFICIAL CAPACITY, and
ANTHONY GUZMAN, INDIVIDUALLY, and
LUKE MCGRATH, INDIVIDUALLY, and
JOSEPH CARNS, INDIVIDUALLY, and
CITY OF ENGLEWOOD, and
JOHN COLLINS, POLICE CHIEF OF ENGLEWOOD, IN HIS OFFICIAL CAPACITY, and
BRIAN MARTINEZ, INDIVIDUALLY,

    Defendant(s).

___

**STIPULATION FOR ONE-WEEK EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**
___

Defendants City of Englewood, John Collins, and Brian Martinez, by and through undersigned counsel, Josh A. Marks; Defendants City of Littleton, Doug Stephens, Anthony Guzman, Luke McGrath, and Joseph Carns, by and through undersigned counsel, Eric M. Ziporin; and Plaintiffs Marta Sanchez, the Estate of Stephanie Lopez and Dominic Martinez, by and through undersigned counsel, David S. Lang, respectfully submit this stipulation for a one-week extension of time to respond to Plaintiffs' Complaint pursuant to D.C.COLO.Civ.L.R. 6.1(a), as follows:

1.      Pursuant to Courtroom Minutes/Status Conference dated December 12, 2019 (Doc. #51), Defendants have until January 10, 2020 to file their responses to Plaintiffs' Complaint.

2.      The parties are discussing the elimination of certain claims by Plaintiffs Lopez and Martinez in an effort to avoid or narrow the scope of motions to dismiss by Defendants.  Providing the Defendants with an additional 7 days to January 17, 2020 allows the parties to further evaluate changes to the pleadings in light of new information that they anticipate receiving on January 10, 2020 from the Denver District Attorney's Office ("the DA records").

3.      As a result, the parties stipulate, under D.C.COLO.Civ.L.R. 6.1(a), to a one-week extension to respond to the Complaint, thereby re-setting a new response deadline of January 17, 2020.  This extension will assist in allowing the parties to conduct their review of the DA records in this matter without devoting resources to the litigation.

Respectfully submitted this 8th day of January, 2020.

JUDGE LANG & KATERS, LLC

s / David S. Lang
_____
David Lenyo
8112 W. Bluemound Road, Suite 101
Wauwatosa, WI  53213
dlang@jlk-law.com
*Attorney for Plaintiffs*

BERG HILL GREENLEAF RUSCITTI LLP

s / Josh A. Marks
_____
Josh A. Marks
1712 Pearl Street
Boulder, CO  80302
jam@bhgrlaw.com
*Attorney for Defendants
City of Englewood, John Collins,
and Brian Martinez*

SGR, LLC

 s / Eric M. Ziporin
_____
Eric M. Ziporin
3900 E. Mexico Avenue, Suite 700
Denver, CO  80202
eziporin@sgrllc.com
*Attorney for Defendants
City of Littleton, Doug Stephens,
Anthony Guzman, Luke McGrath,
and Joseph Carns*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2020, I electronically filed the foregoing **STIPULATION FOR ONE-WEEK EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| David S. Lang<br>Christopher P. Katers<br>Kevin Raasch<br>Judge Lang & Katers, LLC<br>8112 W. Bluemound Road<br>Suite 101<br>Wauwatosa, WI  53213<br>dlang@jlk-law.com<br>ckaters@jlk-law.com<br>kraasch@jlk-law.com | James J. Gende II<br>Matthew Harding<br>Gende Law Office, S.C.<br>N28W2300 Roundy Drive, Suite 200<br>Pewaukee, WI  53072<br>JGende@jamesgendelaw.com<br>MHarding@jamesgendelaw.com<br><br>Eric M. Ziporin<br>SGR, LLC<br>3900 E. Mexico Avenue, Suite 700<br>Denver, CO  80210<br>eziporin@sgrllc.com |

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak