IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-1871-PAB-MEH | Date: January 23, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 1002 |

| *Parties:* | *Counsel:* |
|---|---|
| MARTA SANCHEZ,<br>ESTATE OF STEPHANIE LOPEZ, THE,<br>DOMINIC MARTINEZ, | David Lang by phone |
| Plaintiff, | |
| v. | |
| CITY OF LITTLETON,<br>DOUG STEPHENS,<br>ANTHONY GUZMAN,<br>LUKE MCGRATH,<br>JOSEPH CARNS,<br>CITY OF ENGLEWOOD,<br>JOHN COLLINS,<br>BRIAN MARTINEZ, | Eric Ziporin<br>Josh Marks |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**     **11:16 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** December 21, 2020

**Dispositive Motion Deadline:** February 3, 2021

**Initial Rule 26(a)(2) Disclosures:** September 14, 2020
**Rebuttal Rule 26(a)(2) Disclosures:** December 16, 2020

**Final Pretrial Conference:**   April 15, 2021 at 10:15 a.m. before U.S. Magistrate Judge Michael

E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at [Hegarty_Chambers@cod.uscourts.gov](mailto:Hegarty_Chambers@cod.uscourts.gov) **one week prior to the conference.**

**Court in recess:     11:57 a.m.     (Hearing concluded)**
**Total time in Court: 0:41**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.