**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MARTA SANCHEZ; THE ESTATE OF STEPHANIE
LOPEZ; and, DOMINIC MARTINEZ;

      Plaintiff,

                                                                       Civil Action No.: 19-cv-01871

      v.

CITY OF LITTLETON, and
DOUG STEPHENS, POLICE CHIEF OF LITTLETON,
IN HIS OFFICAL CAPACITY, and
ANTHONY GUZMAN, INDIVIDUALLY, and
LUKE MCGRATH, INDIVIDUALLY, and
JOSEPH CARNS, INDIVIDUALLY, and
CITY OF ENGLEWOOD, and
JOHN   COLLINS, POLICE CHIEF OF ENGLEWOOD,
IN HIS OFFICAL CAPACITY, and
BRIAN MARTINEZ, INDIVIDUALY,
                    Defendants.

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, above named, by and through their respective counsel of record, respectfully submit this <u>Unopposed</u> Motion for Extension of Time to Respond to Defendants' Motions to dismiss and state as follows:

1.    Pursuant to D.C.COLO.LCivR 7.1A, prior to filing this motion, the undersigned conferred with counsel for Defendants, who indicated that their clients do not oppose the relief requested herein.

2.    On January 31, 2020, Defendants City of Englewood, John Collins, and Brian Martinez (collectively "Englewood Defendants") filed a motion for partial dismissal. (D. 62).

2

3. On that same day, Defendants City of Littleton, Douglas Stephens, Anthony Guzman, Luke McGrath, and Joseph Carns (collectively "Littleton Defendants") filed a motion for partial dismissal. (D. 61).

4. Responses to both of the Defendants' motions to dismiss are due on February 21, 2020.

5. In order to adequately respond to the two separate motions, the Plaintiffs request an extension of time of 14 days, up to and including March 6, 2020, to respond to both motions.

6. This is the first request by Plaintiffs for an extension of time to respond to the motions to dismiss.

WHEREFORE, for the reasons stated herein, Plaintiffs request an order extending their deadline to respond to the Defendants' motions to dismiss up to and including March 6, 2020.

Respectfully submitted this 14th day of February, 2020.

**Judge, Lang & Katers, LLC**

By: *s/ David J. Lang*
David J. Lang (SBN: 1001218)
JUDGE LANG & KATERS, LLC.
8112 W. Bluemound Road, Ste. 101
Wauwatosa, WI 53213
P: (414) 777-0778
F: (414) 777-0776
ckaters@jlk-law.com
kraasch@jlk-law.com
dlang@jlk-law.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2020, I electronically filed the foregoing **PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Josh A. Marks
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com

Eric M. Ziporin
Joseph D. Williams
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, CO 80210
eziporin@sgrllc.com
jwilliams@sgrllc.com

James J. Gende II
Gende Law Office, S.C.
N28W2300 Roundy Dr., Ste. 200
Pewaukee, WI 53072
JGende@jamesgendelaw.com

_____