IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-1871-PAB-MEH | Date: | January 21, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                             *Counsel:*

MARTA SANCHEZ, et al.,                   James Gende

   Plaintiff,

v.

CITY OF LITTLETON, et al.,                Eric Ziporin
                                                                       DJ Goldfarb

   Defendant.

## COURTROOM MINUTES
## DISCOVERY CONFERENCE

**Court in session:** 10:21 a.m.

Court calls case. Appearances of counsel by telephone.

Discussion held regarding the Plaintiffs' continued request for in-person depositions opposed to completing the depositions remotely. The Court at this time cannot Order in person depositions, as stated on the record.

**Court in recess:** 10:25 a.m.    Hearing concluded.
Total in-court time:    00:04

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.